■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN BATISTA, Appellant. [831 NYS2d 91]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hanophy, J.), imposed April 20, 2005, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Mastro, Ritter, Florio and Lifson, JJ., concur.